UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LARRY D. RAPER,<br>    Plaintiff,<br>-v-<br>JOSEPH V. COTRONEO, et al.,<br>    Defendants. | No. 1:17-cv-368<br>Honorable Paul L. Maloney |

## JUDGMENT

In accordance with the order entered on this date (ECF No. 93), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

 **IT IS SO ORDERED.**

Date:  March 24, 2020           /s/ Paul L. Maloney
                       Paul L. Maloney
                       United States District Judge